BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

**SEALED**
**FILED**
AUG 10 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re Search Warrant for 1 Apple iPad 64 gb Model A1396 tablet computer, with serial number DN6FP7T4DKNY.

2:12-SW-0439 EFB

CASE NO. 2:12-SW-

**APPLICATION AND [PROPOSED] ORDER TO SEAL SEARCH WARRANT AND RELATED DOCUMENTS**

**UNDER SEAL**

For the reasons set forth in the accompanying search warrant affidavit in the above-captioned proceeding, the United States requests that the search warrant and search warrant affidavit in the above-captioned proceeding be filed in camera and under seal and not be disclosed to any person unless otherwise ordered by this Court.

Dated: August 10, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Todd A. Pickles
TODD A. PICKLES
Assistant U.S. Attorney

1 **[PROPOSED] ORDER**

2 Upon application of the United States of America and good cause having been shown,

3 IT IS HEREBY ORDERED THAT the search warrant and search warrant affidavit in the
4 above-captioned proceeding, along with this order, be filed in camera and under seal and not be
5 disclosed to any person unless otherwise ordered by this Court.

6 IT IS SO ORDERED.

7 Date: August 10, 2012

HON. EDMUND F. BRENNAN
United States Magistrate Judge
Eastern District of California